NUMBERS 
13-06-101-CR
13-06-102-CR
 13-06-103-CR 
13-06-104-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________ ___

JAMES JAMAR SELBY,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                                Appellee.
________________________________________________________ ____

On appeal from the 156th District Court
of Bee County, Texas.
____________________________________________________ ________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam


          Appellant, JAMES JAMAR SELBY, attempts to appeal his convictions for
possession with intent to deliver a controlled substance. The trial court has certified that
these are plea bargain cases, “and the defendant has NO right of appeal.” See Tex. R.
App. P. 25.2(a)(2).
          On March 7, 2006, this Court notified appellant’s counsel of the trial court’s
certifications and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s findings
as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certifications.
          On August 4, 2006, counsel filed a letter brief with this Court. Counsel’s response
does not establish (1) that the certifications currently on file with this Court are incorrect or
(2) that appellant otherwise has a right to appeal. 
          The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court’s certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, these appeals
are dismissed. Any pending motions are denied as moot.

                                                                                                 PER CURIAM

Do not publish. 
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed 
this the 28th day of September, 2006.